**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Wells Fargo Bank, National Association, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| James L. Horob, Todd K. Horob and | ) | |
| Larry G. Horob, | ) | |
| | ) | Case No. 4:08-cv-025 |
| Defendants. | ) | |

_____

On April 16, 2008, the parties filed a Stipulation to Extend Time for the Plaintiff to Reply to Motion to Dismiss. The court **ADOPTS** the parties' stipulation (Docket No. 14) and **ORDERS** that the Plaintiff shall have until May 19, 2008, within which to file a response to Defendants James and Larry Horob's Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike.

Dated this 17th day of April, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court