**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Wells Fargo Bank, National Association, )<br>)<br>)<br>Plaintiff,       )<br>)<br>vs.              )<br>)<br>James L. Horob, Todd K. Horob )<br>and Larry G. Horob,     )<br>)<br>Defendants.   ) | **ORDER ADOPTING STIPULATION**<br><br>Case No. 4:08-cv-025 |

_____

Before the Court is a "Stipulation to Extend Time for James Horob and Larry Horob to Reply to Wells Fargo's Response to Defendants' Motion to Dismiss" filed on May 29, 2008. The parties agree that defendants Larry Horob and James Horob will have up to and including July 18, 2008, within which to file a reply to Wells Fargo's response to James Horob's motion to dismiss. The Court **ADOPTS** the stipulation in its entirety (Docket No. 21) and **ORDERS** that defendants Larry Horob and James Horob will have up to and including July 18, 2008, within which to file a reply to Wells Fargo's response to James Horob's motion to dismiss.

   **IT IS SO ORDERED.**

   Dated this 30th day of May, 2008.

                              /s/  Daniel L. Hovland
                              Daniel L. Hovland, Chief Judge
                              United States District Court