**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Wells Fargo Bank, National Association, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL AS TO** |
| | ) | **DEFENDANTS JAMES HOROB** |
| vs. | ) | **AND LARRY HOROB** |
| | ) | |
| James L. Horob, Todd K. Horob, and | ) | Case No. 4:08-cv-025 |
| Larry G. Horob, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Stipulation for Dismissal With Prejudice as to Defendants James L. Horob and Larry G. Horob" filed on July 22, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No.23) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements as to all claims asserted by and between the plaintiff and the defendants, James L. Horob and Larry G. Horob.

**IT IS SO ORDERED.**

Dated this 23rd day of July, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court